### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| IDQ OPERATING, INC., <br><br> Plaintiff, <br><br> v. <br><br> AEROSPACE COMMUNICATIONS HOLDINGS CO., LTD. <br><br> Defendant. | C.A. No. 6:15-cv-781 |

### PLAINTIFF IDQ OPERATING, INC.'S NOTICE OF APPEARANCE

Plaintiff IDQ Operating, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that Janine A. Carlan of the law firm Arent Fox LLP, 1717 K St., N.W., Washington, D.C. 20006 is appearing as counsel for Plaintiff IDQ Operating, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: September 8, 2015   Respectfully submitted by:

*/s/ Janine A. Carlan*
Janine A. Carlan (DC Bar No. 464254)
**ARENT FOX LLP**
1717 K St., N.W.
Washington, DC 20006
Phone: (202) 857-6000
Fax: (202) 857-6395
janine.carlan@arentfox.com

**COUNSEL FOR PLAINTIFF**
**IDQ OPERATING, INC.**

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 8, 2015.

                  */s/ Janine A. Carlan*