IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IDQ OPERATING, INC., | § | |
| | § | Civil Action No. 6:15-cv-781-JRG-KNM |
| Plaintiff, | § | |
| | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| Aerospace Communications Holdings Co., Ltd., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF IDQ OPERATING, INC.'S NOTICE OF APPEARANCE

Plaintiff IDQ Operating, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Plaintiff IDQ Operating, Inc.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: September 8, 2015

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEY FOR PLAINTIFF
IDQ OPERATING, INC.**

{A07/09877/0001/W1334839.1 }

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 8, 2015.

/s/ Michael E. Jones