RECEIVED
NOV 05 2015
Clerk, U.S. District Court
Texas Eastern

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| | |
|---|---|
| IDQ Operating, Inc. <br><br> *Plaintiff* <br><br> v. <br><br> Aerospace Communications Holdings Co., Ltd. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 6:15-cv-781 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Aerospace Communications Holdings Co., Ltd.
No. 2 AeroCom Building
No. 138 Jiefang Road
Hangzhou, China 310009

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Allen F. Gardner
   Potter Minton, PC
   110 North College, Suite 500
   Tyler, Texas 75702

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/17/15

*Signature of Clerk or Deputy Clerk*

**AFFIDAVIT OF PERSONAL SERVICE UPON A CORPORATION**

Index No: 6:15-cv-781
Attorney: Potter Minton, PC
Allen F. Gardner, Esq.
File No:

United States District Court
Eastern District of Texas
IDQ Operating, Inc.

                          Plaintiff

                          **ALL PAPERS SERVED CONTAINED**
      vs.                  **THE INDEX NUMBER AND DATE FILED**

Aerospace Communications Holdings Co., Ltd.

                         Defendants

State of Nevada, County of Clark

    Martin Druckman, being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of Nevada, and is not a party to this action.

    That on the 3rd day of November, 2015, at 1:27 P.M. at The Sands Convention Center, 201 Sands Avenue, Las Vegas, Nevada 89169, Booth 5817 Deponent served the annexed Civil Cover Sheet, Summons and Complaint with Exhibits A-I, [Jury Trial Demanded], upon **Aerospace Communications Holdings Co., Ltd.**, the Defendant in this action, by delivering a true copy to said **Qiuhua Jiang, A/k/a Bruce Jiang**, personally. Deponent knew said Corporation so served to be the Corporation mentioned and described therein, and knew the said individual to be the **Authorized Person**, authorized to accept service on behalf thereof.

    An approximate description of **Qiuhua Jiang a/k/a Bruce Jiang**, so served, is as follows:

    Male    Asian    Black Hair    35 Years    5'5"    140 Lbs.

Sworn to before me on this
3rd day of November, 2015

                                        Martin Druckman, Process Server
                                        Nevada State License # 174

EDDIE LARUE
Notary Public State of Nevada
No. 93-1085-1
My Appt. Exp. March 15, 2017