UAET (02-2008)



Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:15-CV-781-JRG-KNM

Name of party requesting extension: Aerospace Communications Holdings Co., Ltd.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 11/5/2015

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other  14  days

New Deadline Date: 12/8/2015   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Lionel M. Lavenue

State Bar No.: VA 49,005

Firm Name: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

Address: Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

Phone: 571-203-2700

Fax: 202-408-4400

Email: lionel.lavenue@finnegan.com

A certificate of conference does not need to be filed with this unopposed application.