IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IDQ OPERATING, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:15-CV-781 |
| | § | |
| AEROSPACE COMMUNICATIONS HOLDINGS CO., LTD. | § | |

**ORDER**

Defendant filed an Amended Motion to Expedite Briefing for Consideration of Defendant Aerospace Communications Holdings Co., Ltd.'s Motion to Quash Service of the Complaint (ECF 16) on November 20, 2015. Defendant filed its Motion to Quash Service of the Complaint (ECF 13) on November 19, 2015. Having considered the motion, response and reply briefing, it is hereby

**ORDERED** that the Amended Motion to Expedite Briefing for Consideration of Defendant Aerospace Communications Holdings Co., Ltd.'s Motion to Quash Service of the Complaint (ECF 16) is **GRANTED**, such that Plaintiff's response shall be filed on or before **December 3, 2015**, and Defendant's reply shall be filed on or before **December 7, 2015**.

So ORDERED and SIGNED this 30th day of November, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE