# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IDQ OPERATING, INC., <br><br> Plaintiff, <br><br> v. <br><br> AEROSPACE COMMUNICATIONS HOLDINGS CO., LTD. <br><br> Defendant. | C.A. No. 6:15-cv-781-JRG-KNM |

## JOINT NOTICE OF MEDIATOR

Pursuant to the Court's Order of November 1, 2015 (Dkt. # 9), Plaintiff and Defendant in the above-styled case respectfully notify the Court of their agreement on the following mediator:

    David Folsom
    JACKSON WALKER, LLP
    6002 Summerfield, Suite B
    Texarkana, TX 75503
    903.255.3250
    dfolsom@jw.com

and request appointment of same.

| | |
|---|---|
| December 11, 2015 | Respectfully submitted, |

*/s/ Allen F. Gardner*      */s/ Lionel M. Lavenue*

Michael E. Jones     *(by Allen F. Gardner, with permission)*
SBN: 10929400     Lionel M. Lavenue
mikejones@potterminton.com     FINNEGAN, HENDERSON, FARABOW,
Allen F. Gardner       GARRETT & DUNNER, LLP
SBN: 24043679     Two Freedom Square
allengardner@potterminton.com     11955 Freedom Drive
**POTTER MINTON, PC**     Reston, VA 20190
110 North College     Phone: (571) 203-2700
Suite 500     Fax: (202) 408-4400
Tyler, Texas 75702
Tel: 903-597-8311     ATTORNEY FOR DEFENDANT
Fax: 903-593-0846     AEROSPACE COMMUNICATIONS
    HOLDINGS CO., LTD. (for the limited
Of Counsel:     purposes of the Motion to Quash Service as well as
Janine A. Carlan (DC Bar No. 464254)     other necessary papers in the case)
Anthony W. Shaw (DC Bar No. 362746)
Taniel E. Anderson (DC Bar No. 997406)
**ARENT FOX LLP**
1717 K St., N.W.
Washington, DC 20006
Phone: (202) 857-6000
Fax: (202) 857-6395
janine.carlan@arentfox.com
anthony.shaw@arentfox.com
taniel.anderson@arentfox.com

Marylee Jenkins
**ARENT FOX LLP**
1675 Broadway
New York, NY 10019
Phone: (212) 484-3900
Fax: (212) 484-3990
marylee.jenkins@arentfox.com

*Counsel for IDQ Operating, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 11, 2015.

*/s/ Allen F. Gardner*