IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IDQ OPERATING, INC. | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:15-CV-781 |
| | § | |
| AEROSPACE COMMUNICATIONS | § | |
| HOLDINGS CO., LTD. | § | |

## ORDER

**IT IS ORDERED** that Hon. David Folsom (Ret.), Jackson Walker, LLP, 6002 Summerfield, Suite B, Texarkana, Texas, 75503, (903) 255-3250, dfolsom@jw.com, is hereby appointed as mediator in the above referenced case. The Court designates Plaintiff's counsel to be responsible for timely contacting the mediator and coordinating a time for mediation. Mediation shall be completed by **July 29, 2016**.

Mediation shall be governed by the Court-Annexed Mediation Plan, General Order 14-6. In particular, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives with authority to enter into stipulations, and any other required claims professionals (e.g., insurance adjusters, etc.) with reasonable settlement authority and with sufficient stature in the organization to have direct access to those who make the ultimate decision about settlement. Exceptions to this requirement may be made only by the undersigned.

So ORDERED and SIGNED this 28th day of December, 2015.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1